1  Matthew C. Helland, CA SBN 250451
   helland@nka.com
2  Daniel S. Brome, CA SBN 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
   235 Montgomery Street
4  Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6

7  Attorneys for Plaintiffs and Others
   Similarly Situated
8

9              IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11  DARREN STEMPLE, individually and on       Case No.  3:18-cv-04909-LB
    behalf of all others similarly situated,
12                                             STIPULATED JUDGMENT AND
                          Plaintiffs,          [PROPOSED] FINAL JUDGMENT
13
14      v.

15  RINGCENTRAL, INC.,

16                        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Motion for Final Settlement Approval came before the Court on March 26, 2020. Defendant did not oppose the Motion. The Court granted the Motion in full by the Court's Final Approval Order dated March 26, 2020 ("Order"). ECF No. 72. The Parties stipulate that Judgment shall be entered pursuant to the terms of the Order and the parties' Settlement Agreement. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

Dated: March 27, 2020                 **NICHOLS KASTER, LLP**

By:   s/Daniel S. Brome
Daniel S. Brome

Attorneys for Plaintiffs and Others Similarly Situated

Dated: March 27, 2020                 **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:   s/ Jessica Perry
Jessica Perry

Attorneys for Defendant

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

JUDGMENT SHALL BE ENTERED pursuant to the terms of the Court's Final Approval Order dated March 26, 2020 (ECF No. 72) and the Parties' Settlement Agreement. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

DATED: _____

_____
Hon. Magistrate Judge Laurel Beeler
United States District Judge