Matthew C. Helland, CA SBN 250451
helland@nka.com
Daniel S. Brome, CA SBN 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street
Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and Others
Similarly Situated

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN STEMPLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>Defendants. | **Case No. 3:18-cv-04909-LB**<br><br>**STIPULATED JUDGMENT AND [PROPOSED] FINAL JUDGMENT** |

Plaintiffs' Motion for Final Settlement Approval came before the Court on March 26, 2020. Defendant did not oppose the Motion. The Court granted the Motion in full by the Court's Final Approval Order dated March 26, 2020 ("Order"). ECF No. 72. The Parties stipulate that Judgment shall be entered pursuant to the terms of the Order and the parties' Settlement Agreement. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

Dated: March 27, 2020      **NICHOLS KASTER, LLP**

By:   s/Daniel S. Brome
      Daniel S. Brome

Attorneys for Plaintiffs and Others Similarly Situated

Dated: March 27, 2020      **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:   s/ Jessica Perry
      Jessica Perry

Attorneys for Defendant

# [PROPOSED] FINAL JUDGMENT

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

JUDGMENT SHALL BE ENTERED pursuant to the terms of the Court's Final Approval Order dated March 26, 2020 (ECF No. 72) and the Parties' Settlement Agreement. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

DATED: March 27, 2020

_____
Hon. Magistrate Judge Laurel Beeler
United States District Judge